UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEPHANIE STARR LAND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-cv-01486-JPH-MG |
| WAL-MART STORES EAST, LP, | ) ) ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Mario Garcia has entered a Report and Recommendation, dkt. 29, recommending that the Court dismiss this case with prejudice for failure to prosecute. The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation. Dkt. [29]. The case is **dismissed with prejudice**. Final judgment shall issue by separate entry.

**SO ORDERED.**

Date: 8/1/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:
STEPHANIE STARR LAND
242 North Mount Street
Indianapolis, IN 46222

All electronically registered counsel